UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI,
  individually,
        Plaintiff,

CASE NO. 14-cv-24425-COOKE

vs.

KLC INVESTMENT, INC., a
Florida corporation and SDR I
FOOD CORP, d/b/a SABOR
TROPICAL SUPERMARKET, a
Florida corporation,
        Defendants.
_____/

**DEFENDANT,**
**SDR I FOOD CORP., d/b/a SABOR TROPICAL SUPERMARKET'S, WITNESS LIST**

    Defendant, SDR I Food Corp., d/b/a Sabor Tropical Supermarket, in response to the Court's Pre-Trial Order, hereby files the following fact witness list.

1. Rafael Castro
   SDR I Food Corp.
   16537 S.W. 36th Street
   Miramar, Florida 33027

2. Hilda Castro
   SDR I Food Corp.
   16537 S.W. 36th Street
   Miramar, Florida 33027

3. Juan Torres
   SDR I Food Corp.
   16537 S.W. 36th Street
   Miramar, Florida 33027

4. Daniel Diaz
   SDR I Food Corp.
   16537 S.W. 36th Street
   Miramar, Florida 33027

Respectfully submitted,

Mark J. Berkowitz, P.A.
Attorney for SDR I Food Corp.
800 S.E. Third Avenue
Suite 400
Ft. Lauderdale, Florida 33316
(954) 527-0570 Telephone
(954) 767-0483 Telecopier
E-Mail: mjb2157@aol.com.
Fla. Bar No. 369391

/s/ Mark J. Berkowitz
By: Mark J. Berkowitz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by the Court's electronic filing system, CM/ECF, on this 26th day of June, 2015, to Thomas Allison and Daniel Espinosa, 4300 Biscayne Blvd., Suite 305, Miami, Florida 33137.

/s/ Mark J. Berkowitz
By: Mark J. Berkowitz