UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LONGHINI,
 individually,
         Plaintiff,

CASE NO. 14-cv-24425-COOKE

vs.

KLC INVESTMENT, INC., a
Florida corporation and SDR I
FOOD CORP, d/b/a SABOR
TROPICAL SUPERMARKET, a
Florida corporation,
         Defendants.
_____/

### DEFENDANT, KLC INVESTMENT, INC.'S, NOTICE OF SETTLEMENT

Defendant, KLC Investment, Inc., by its undersigned counsel, hereby informs the Court that it has reached a settlement of all disputed issues with Plaintiff, Douglas Longhini.

Respectfully submitted,

Mark J. Berkowitz, P.A.
Attorney for KLC Investment, Inc..
800 S.E. Third Avenue
Suite 400
Ft. Lauderdale, Florida 33316
(954) 527-0570 Telephone
(954) 767-0483 Telecopier
E-Mail: mjb2157@aol.com.
Fla. Bar No. 369391


/s/ Mark J. Berkowitz
By: Mark J. Berkowitz

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by the Court's electronic filing system, CM/ECF, on this 26th day of June, 2015, to Thomas Allison and Daniel Espinosa, 4300 Biscayne Blvd., Suite 305, Miami, Florida 33137.

/s/ Mark J. Berkowitz
By: Mark J. Berkowitz